COLUMBUS MUTUAL LIFE INSURANCE Co. *v.* HORTON *et al.*

BECK, P. J. The material and controlling issues in this case are substantially the same as in the case of *Cheves Green & Co. Inc.* v. *Horton,* 177 *Ga.* 525 (170 S. E. 491), and the judgment rendered by this court in that case is controlling. *Judgment affirmed. All the Justices concur.*

No. 9669. NOVEMBER 16, 1933.

*Bryan, Middlebrooks & Carter,* for plaintiff in error.
*Colquitt, Parker, Troutman & Arkwright, Harllee Branch Jr., W. A. McClain,* and *W. H. Mewbourne,* contra.